# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.

E-filing **SUMMONS IN A CIVIL CASE**
CASE NUMBER:

V.

KELLY RAYMOND PLEDGER, Individually, and dba PLEDGER GLASS,

TO: (Name and address of defendant)

Kelly Raymond Pledger, dba Pledger Glass
600 Eubanks Court, #B
Vacaville, California 95688

**SC**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
120 Howard St., Suite 520
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK