1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 
   NORTHERN CALIFORNIA GLAZIERS,           Case No.: C08-1725 SC
11 ARCHITECTURAL METAL AND GLASS
   WORKERS PENSION PLAN, et al.,           **PROOF OF SERVICE OF SUMMONS**
12 
13         Plaintiffs,

14      v.

15 KELLY RAYMOND PLEDGER, Individually,
   and dba PLEDGER GLASS,
16 
17         Defendants.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |
| ATTORNEY FOR **PLAINTIFFS** | |

| COURT |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| SHORT NAME OF CASE |
|---|
| Northern California Glaziers, Architectural Metal and Glass Workers Pension Plan, et al. V. Kelly Raymond Pledger, Individually, and dba Pledger Glass |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-1725 SC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties And Council; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Welcome to the US District Court, San Francisco; and ECF Registration Information Handout.

**Name: Kelly Raymond Pledger**

**Date of Delivery:** 4/8/08
**Time of Delivery:** 12:40 pm

**Place of Service:**    708 St. Andrews Drive
Vacaville, CA 95687

**Manner of Service:** Personal Service – by handing documents to Kelly Raymond Pledger.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 9th, 2008 in San Francisco California.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: Paul Holt
Title: RPS, San Francisco #727

**PROOF OF SERVICE**

| ATTORNEY NAME                                                                                                                                                                          | TELEPHONE NO.      |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Northern California Glaziers, Architectural Metal and Glass Workers Pension Plan, et al. V. Kelly Raymond Pledger, Individually, and dba Pledger Glass

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-1725 SC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Stipulation and [Proposed Order] Selecting ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties And Council; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Welcome to the US District Court, San Francisco; and ECF Registration Information Handout.

### Name: Pledger Glass

**Date of Delivery:** 4/8/08
**Time of Delivery:** 12:40 pm

**Place of Service:** 708 St. Andrews Drive
Vacaville, CA 95687

**Manner of Service:** Personal Service – by handing documents to Kelly Raymond Pledger, authorized to accept service for Pledger Glass.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 9th, 2008 in San Francisco California.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 821-1000

Signature: _____
Name: Paul Holt
Title: RPS, San Francisco #727

### PROOF OF SERVICE