Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br>v.<br><br>KELLY RAYMOND PLEDGER, Individually, and dba PLEDGER GLASS,<br><br>Defendant. | Case No.: C08-1725 SC<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF** |

TO THE CLERK:

Please enter the default of defendant KELLY RAYMOND PLEDGER, Individually and dba PLEDGER GLASS, on the Complaint in the above-entitled action. This request is based on the fact that defendant has failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1.  A Complaint was filed by plaintiffs in this matter on March 31, 2008.

2.  Defendant KELLY RAYMOND PLEDGER, Individually and dba PLEDGER GLASS, was served on April 8, 2008.

3.  A Proof of Service on Summons was filed with the Court on April 9, 2008.

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC Request for Entry of Default 042908.DOC

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 29th day of April, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

-2-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC Request for Entry of Default 042908.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 29, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;**
**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Kelly Raymond Pledger**
> **dba Pledger Glass**
> **708 St. Andrews Drive**
> **Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 29th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC Request for Entry of Default 042908.DOC