Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KELLY RAYMOND PLEDGER, Individually, and dba PLEDGER GLASS,<br><br>Defendant. | Case No.: C08-1725 SC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. The new address to which copies of all pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

>   Saltzman & Johnson Law Corporation
>   **44 Montgomery Street, Suite 2110**
>   **San Francisco, California 94104**
>   Tel: 415-882-7900
>   Fax: 415-882-9287

-1-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC Notice of Change of Address 043008.DOC

1   Please note that the telephone and facsimile numbers have not changed.

2   Dated: April 30, 2008                    SALTZMAN & JOHNSON LAW COPORATION

3

4                                            _____/s/_____
                                             Muriel B. Kaplan
5                                            Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                          -2-
                                                    **NOTICE OF CHANGE OF ADDRESS**
                                                         **Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC Notice of Change of Address 043008.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 30, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

>   **Kelly Raymond Pledger**
>   **dba Pledger Glass**
>   **708 St. Andrews Drive**
>   **Vacaville, CA 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 30th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage