**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 1, 2008

RE:  CV 08-01725 SC          NORTHERN CA GLAZIERS-v- KELLY R. PLEDGER

Default is entered as to defendant Kelly R. Pledger , Individually and doing business as Pledger Glass on 5/1/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89