Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br>v.<br><br>KELLY RAYMOND PLEDGER, Individually, and dba PLEDGER GLASS,<br><br>Defendant. | Case No.: C08-1725 SC<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:   July 11, 2008<br>Time:  10:30 a.m.<br>Ctrm:  1, 17th Floor<br>Judge: The Honorable Samuel Conti |

Plaintiffs herein respectfully request a Continuance of the Case Management Conference, currently on calendar for July 11, 2008, for approximately 60 days,

1. This statement, not due until July, 2008, is being submitted now as the undersigned will be out of the office between June 28, 2008 and July 9, 2008.

2. Defendant's default was entered on May 1, 2008. Thereafter, a question arose as to the status of defendant and his business. Inquiry was made, and the matter was recently clarified.

3. Plaintiffs will now attempt to contact defendant to inquire as to stipulating to a judgment for payment, and to providing the documents required for an audit to determine any further amounts due. Should those negotiations prove unfruitful, plaintiffs will file a Motion for Default Judgment. There are therefore no issues to address at a Case Management Conference.

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-1725 SC**

4. Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for July 11, 2008 be continued for approximately 60 days to allow plaintiffs to inquire about the possibility of settlement, and if not, to prepare and file a Motion for Default Judgment.

5. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 27th day of June, 2008, at San Francisco, California.

 SALTZMAN & JOHNSON
 LAW CORPORATION


 By: _____/s/_____
 Muriel B. Kaplan
 Attorneys for Plaintiffs




IT IS SO ORDERED.

 The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Dated:_____ _____
 THE HONORABLE SAMUEL CONTI

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC CMC Continuance Request 062708.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 27, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Kelly Raymond Pledger
> dba Pledger Glass
> 708 St. Andrews Drive
> Vacaville, California 95687**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC CMC Continuance Request 062708.DOC