Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.<br><br>Plaintiffs,<br>v.<br><br>KELLY RAYMOND PLEDGER, Individually, and dba PLEDGER GLASS,<br><br>Defendant. | Case No.: C08-1725 SC<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 1, 2008, I served the following document(s):

**ORDER on
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

///
///
///
///

-1-
**PROOF OF SERVICE
Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC CMC Proof of Service 070108.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

        **Kelly Raymond Pledger**
        **dba Pledger Glass**
        **708 St. Andrews Drive**
        **Vacaville, California 95687**

8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 1st day of July, 2008, at San Francisco, California.

                                    _____/s/_____
                                         Vanessa de Fábrega

-2-
**PROOF OF SERVICE**
**Case No.: C08-1725 SC**