Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KELLY RAYMOND PLEDGER, Individually, and dba PLEDGER GLASS,<br><br>　　　　Defendant. | Case No.: C08-1725 SC<br><br>**NOTICE OF AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362;**<br><br>**REQUEST TO VACATE CALENDAR and ORDER THEREON** |

TO THE COURT:

Please take notice that defendant Kelly R. Pledger filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Eastern District of California (Sacramento), on June 30, 2008. Plaintiffs became aware of this bankruptcy only last Friday during the course of research on unrelated matters, and Plaintiffs are therefore stayed under 11 U.S.C. Section 362 from proceeding with this action against the above-named defendant Kelly Raymond Pledger, individually and dba Pledger Glass.

///

///

///

///

Plaintiffs will notify this court in the event that the bankruptcy is dismissed, and allowing the within action to again to proceed against defendant.

Dated: August 4, 2008                    SALTZMAN & JOHNSON
                                         LAW CORPORATION


                              By:_____/s/_____
                                    Muriel B. Kaplan
                                    Attorneys for Plaintiffs


<u>IT IS SO ORDERED</u>

The calendar in this case is hereby vacated.


Dated: _____          _____
                                         United States District Court Judge

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 5, 2008, I served the following document(s):

**NOTICE OF AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362; REQUEST TO VACATE CALENDAR and ORDER THEREON**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Kelly Raymond Pledger** | **Timothy J. Walsh, Esq.** |
| **dba Pledger Glass** | **1319 Travis Blvd.** |
| **708 St. Andrews Drive** | **Fairfield, California 94533** |
| **Vacaville, California 95687** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 5th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**NOTICE OF AUTOMATIC STAY**
**Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC CMC Notice of Automatic Stay 080408.DOC