Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.<br><br>Plaintiffs,<br>v.<br><br>KELLY RAYMOND PLEDGER, Individually, and dba PLEDGER GLASS,<br><br>Defendant. | Case No.: C08-1725 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL DUE TO BANKRUPTCY DISCHARGE** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al. voluntarily dismiss, without prejudice, their claim against defendants KELLY RAYMOND PLEDGER, individually, and dba PLEDGER GLASS.

1. On June 30, 2008, Defendant Kelly R. Pledger filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Eastern District of California (Sacramento), Case No. 08-28819.

2. On August 5, 2008, Plaintiffs filed a Notice of Automatic Stay Under 11 U.S.C. Section 362.

3. On October 14, 2008, the Defendant herein was discharged by U.S. Bankruptcy Court, Eastern District of California (Sacramento).

1  Plaintiffs therefore request that this action be dismissed without prejudice; and closed.

2  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

3  entitled action, and that the foregoing is true of my own knowledge.

4  Executed this 23rd day of October, 2008, at San Francisco, California.

5  SALTZMAN & JOHNSON
   LAW CORPORATION

6

7  By:_____/s/_____
8  Muriel B. Kaplan
   Attorneys for Plaintiffs

9

10 IT IS SO ORDERED.

11 This case is dismissed without prejudice.

12

13 Date:___10/27/08_____         _____
14                                  THE HONORABLE SAMUEL CONTI
                                    UNITED STATES DISTRICT COURT JUDGE

[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" signed Judge Samuel Conti]

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC Notice of Voluntary Dismissal 102208.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 23, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL
DUE TO BANKRUPTCY DISCHARGE**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Kelly Raymond Pledger** | **Timothy J. Walsh, Esq.** |
| **dba Pledger Glass** | **1319 Travis Blvd.** |
| **708 St. Andrews Drive** | **Fairfield, California 94533** |
| **Vacaville, California 95687** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of October, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-1725 SC**

P:\CLIENTS\GLACL\Pledger Glass\Pleadings\C08-1725 SC Notice of Voluntary Dismissal 102208.DOC